EQUITABLE TRUST CO. OF NEW YORK v. GREAT SHOSHONE & TWIN FALLS WATER POWER CO. et al. (PLUMER et al., Interveners).

AMERICAN WATER WORKS & ELECTRIC CO. v. TOWLE et al. (PLUMER et al., Interveners).

(Circuit Court of Appeals, Ninth Circuit. March 4, 1918.)

On rehearing. Former decision, reported at 245 Fed. 697, 158 C. C. A. 99, adhered to.

See, also, 228 Fed. 516.

Murray, Prentice & Howland, of New York City, and Richards & Haga and J. L. Eberle, all of Boise, Idaho, for appellant Equitable Trust Co. of New York.

Wyman & Wyman, of Boise, Idaho, for appellant American Water Works & Electric Co.

Martin & Cameron, of Boise, Idaho, for appellees Plumer and Scull.

Alfred A. Fraser, of Boise, Idaho, for appellee Shank.

James H. Wise, of Twin Falls, Idaho, for appellee Hahn.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

PER CURIAM. Since the granting of a rehearing in these cases we have listened attentively to the arguments of counsel and have re-examined the statutory provisions of the state of Idaho, as well as

the decisions of the Supreme Court of the state upon the subject, and remain convinced of the correctness of the opinion and judgment heretofore announced.

The decree and orders appealed from are affirmed.